UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE
CHIEF MAGISTRATE JUDGE KAREN B. MOLZEN

Caption:  *Olguin v. Vital Recovery Services, Inc.*
CIV 10-1210 PJK/KBM

Date & Time: Friday, April 15, 2011 at 8:30 AM, in Albuquerque, New Mexico

Appearance for Plaintiffs:
Charles Parnall

Appearance for Defendant:
Jennifer Anderson

Plaintiffs In Attendance:
Yvonne Olguin
Ryan Olguin

Defendant/Representative In Attendance:
Chris Gugala

Others in Attendance:

____ Case settled. Per order filed concurrently, closing documents due on _____.

____ Case did not settle.

✓ Settlement efforts to be continued on _____ at _____.

✓ ADR Suites 3 & 4; Time in Court= 8:30 – 11:30.