IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YVONNE OLGUIN and
RYAN OLGUIN,

   Plaintiffs,

v.              No. 1:10-cv-01210-PJK/KBM

VITAL RECOVERY SERVICES, INC.,

   Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Yvonne Olguin and Ryan Olguin and Defendant Vital Recovery Services, Inc. hereby dismiss this action, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.


Respectfully submitted,

FEFERMAN & WARREN, Attorneys for Plaintiffs


```
 s/Charles Parnall
```
CHARLES PARNALL
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663


MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A. , Attorneys for Defendant

```
 Approved via eail on 6/7/2011
```
JENNIFER ANDERSON
P.O. Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1809 Phone
(505) 848-1882 Fax